# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

'12 JAN 30 P 2:23

FILED
US DISTRICT COURT CLERK
WESTN DIST. KENTUCKY

Cindy M. Mitchell
**Name of Plaintiff(s)**

v.    Civil Case No. 5:12CV-9-R

Fowler Foods / Ky. Fried Chicken

Jason Watkins / Clay Love
**Name of Defendant(s)**

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

    Mr. Watkins hired me to work at Ky. Fried Chicken. He new that I had a disibility. A few days after I had been working there $38.00 was stolen out of my purse. I called Paducah City Police a week later I was fired. Everyday I worked there I was bullied and called names.

2. Plaintiff, Cindy M. Mitchell, resides at 2001 S. 28th Street, Paducah
   **Street Address** , **City**
   McCracken , Ky. , 42003, 270 415-0465
   **County**   **State**   **Zip Code**   **Area Code, Phone Number**

   (if more than one plaintiff, provide the same information for each plaintiff below):

1

3. Defendant, __Ky. Fried Chicken__ resides at, or its business is located at __2921 Irvin Cobb__, __Paducah__
   Street Address / City
   __McCracken__, __Ky.__, __42003__
   County / State / Zip Code

   (if more than one defendant, provide the same information for each defendant below): Employees there

   Jena Bayless
   Rebecca Adams
   Clay Love
   Jason Watkins

4. Statement of claim (state as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places (be as specific as possible). You may use additional paper if necessary):

   Jena Bayless picked on me and said I was Retarded every day I worked there she said to me the day I was fired "Bitch I took your money out of your billfold now what you gonna do about it" Rebecca Adams pushed me and picked on me also every day. Clay Love said your a good worker but "Jason has no patience for you" But they told EEOC that they saw me lick a spatula which was a lie I never worked with a spatula. I have a witness Tony Blasingim who took me to/from work that can also testify I worked up front by C. Register unless I was mixing potatoes and you never use a spatula for that.

   2

5. Prayers for relief (list what you want the Court to do):

   a. I feel I'm entitled to some type of compensation.

   b. Make fowler foods fire everyone there and hire all new crew

   c. _____

   d. _____

6. Request for a jury trial  ✓ Yes  ___ No

I (we) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 30th day of January, 2012.

_Cindy M. Mitchell_
Signature of Plaintiff(s)