UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-9

**CINDY MITCHELL**                                                                                       **PLAINTIFF**

v.

**FOWLER FOODS/KENTUCKY
FRIED CHICKEN**, *et al.*                                                                            **DEFENDANTS**

## ORDER GRANTING DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

Upon the motion of all Defendants for summary judgment, Plaintiff having responded, and the Court being otherwise sufficiently advised,

IT IS ORDERED that the motion (DN 24) is GRANTED. All claims by Plaintiff against the Defendants are hereby DISMISSED WITH PREJUDICE.

This is a final and appealable order. There is no just cause for delay.

Date:

CC:   Counsel
          Plaintiff, *pro se*