4-12-13

Case #5:12-cv-[...] cause for appeal Ky. Fried Chicken did not fire me for stealing I have witnesses who are willing to come to court on my behalf to testify about the ways I was treated at KFC I was fired because they stoled from me and because I got law enforcement involved it's discrimination and they know it is so now they want to lie on me. I'm not giving up on this If I have to go all the way to Supreme court with them I will I'm appealing this matter because there are also laws against bullying and everyday that I worked I was bullied, made fun of, in Clay Loves presence and he went along with them

FILED
APR 1 2 2013
VANESSA [...]
BY [...]
DEPUTY CLERK
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY